UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

IN RE:   PRESTON A. CHANNELL,           {   CHAPTER 13
                                        {
                                        {
         DEBTOR(S)                      {   CASE NO. R22-41025-PWB
                                        {
                                        {   JUDGE   BONAPFEL

**OBJECTION TO CONFIRMATION**

    COMES NOW K. Edward Safir, Chapter 13 Trustee herein, and objects to Confirmation of the plan for the following reasons:

    1.   The Debtor(s)' payments under the proposed plan are not current.

    2.   The Chapter 13 budget fails to include expenses for after school care of $300.00 per month and additional insurance of $55.00 per month; thereby, possibly rendering the proposed Chapter 13 plan payment to be infeasible, in violation of 11 U.S.C. § 1325(a)(6).

    3.   The Chapter 13 petition and schedules fail to disclose a retirement account and a Polaris Razor 1000, in violation of 11 U.S.C. § 521 and Fed. R. Bankr. P 1007(b).

    4.   The payout of the claim(s) owed to J & D Auto Sales will extend beyond sixty (60) months, contrary to 11 U.S.C. § 1322(d).

    5.   Debtor has failed to disclose a transfer of real property in the Statement of Financial Affairs, in possible violation of 11 U.S.C. § 521(a)(1)(B)(iii) and § 1325(a)(3).

    6.   The Trustee requests additional information regarding the Debtors' sale of real property within the last two (2) years. This would include but is not limited to, the fair market value, sales price and debt load on the property at the time of sale as well as the disposition of any net proceeds received by the Debtor.  11 U.S.C. §§ 1325(a)(3) and 1325(a)(7).

K. Edward Safir, Chapter 13 Trustee
285 Peachtree Center Ave, Suite 1600
Atlanta, GA 30303
404-525-1110
albertg@atlch13tt.com

WHEREFORE, the Trustee moves the Court to inquire into the above objections, deny confirmation of this Debtor's(s') Plan and to dismiss the case; or, in the alternative, convert the case to one under Chapter 7.

October 11, 2022

/s
Albert C. Guthrie, Esq.
for Chapter 13 Trustee
GA Bar No. 142399

K. Edward Safir, Chapter 13 Trustee
285 Peachtree Center Ave, Suite 1600
Atlanta, GA 30303
404-525-1110
albertg@atlch13tt.com

R22-41025-PWB

**CERTIFICATE OF SERVICE**

      This is to certify that on this day I caused a copy of the foregoing pleading to be served via United States First Class Mail, with adequate postage thereon, on the following parties at the address shown for each:

DEBTOR(S):

PRESTON A. CHANNELL
568 CHATSWORTH HIGHWAY 255 NE
CALHOUN, GA 30701

I further certify that I have on this day electronically filed the pleading using the Bankruptcy Court's Electronic Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

BERRY & ASSOCIATES


This 11th day of October, 2022


          /s
Albert C. Guthrie, Esq.
for Chapter 13 Trustee
GA Bar No. 142399




K. Edward Safir, Chapter 13 Trustee
285 Peachtree Center Ave, Suite 1600
Atlanta, GA 30303
404-525-1110
albertg@atlch13tt.com